226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.:  10−32967−dof
Chapter:  7

In Re: (NAME OF DEBTOR(S))
  Barbara Lynn Reffitt
  2010 Wallace Road
  Weberville, MI 48892
Social Security No.:
  xxx−xx−3106
Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Bankruptcy Petition Cover Sheet missing. Also, Application for Waiver of Chapter 7 Filing Fee is missing ORIGINAL SIGNATURE (e−file signature not appropriate) of debtor.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☑ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule  9013)
- ☐ Notice of Objection to Claim
- ☐ Notice to Respondent
- ☑ Original Signature
- ☐ Proof of Service
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013−5

A corrected/missing document is required within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 5/25/10

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court